Marshall, CJ, Matthias, Allen, Kinkade and Robinson, JJ, concur. Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

## STATE ex GRAHAM v SUMMIT COUNTY COMMISSIONERS

## SMITH v SUMMIT COUNTY COMMISSIONERS

Ohio Supreme Court
Nos 22369 & 22370. Decided March 18, 1931

Matthias, Allen and Kinkade, JJ, concur. Day, J, concurs in proposition 1 of the syllabus and in the judgment in case No. 22369. Marshall, CJ, concurs in proposition 2 of the syllabus and in the judgments. Jones, J, affirms the Court of Appeals in both cases.

Full opinion will be published later. Watch **Omnibus Index.**

Matthias, Day, Allen, Kinkade and Robinson, JJ, concur. Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

## ATKINSON, et v ORR-AULT CONSTRUCTION CO, et.

Ohio Supreme Court
No 22443.  Decided March 18, 1931